**Billy R. MARTINEZ, et al.,
Plaintiffs/Appellants/Cross–
Respondents,**

v.

**NATIONAL UNION FIRE INSURANCE
COMPANY, et al., Defendants/Re-
spondents/Cross–Appellants.**

**No. ED 81788.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 21, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court and Motion to Publish
Denied Jan. 13, 2004.

Application for Transfer Denied
Feb. 24, 2004.

Matthew J. Padberg, Mark A. Keerse-
maker, Jr., Michael P. Corrigan, St. Louis,
MO, for appellant.

Thomas B. Weaver, James L. Stockber-
ger, Jeffrey T. McPherson, St. Louis, MO,
for respondent.

Before BOOKER T. SHAW, P.J.,
LAWRENCE G. CRAHAN, J., and
GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Insurer appeals a partial summary judg-
ment declaring that its policy of insurance
affords coverage to Billy and Janice Mar-
tinez on their claims for bodily injury and
loss of consortium arising out of an acci-
dent that occurred during the erection of a
transmission tower. Bobby Ferguson and
Randy and Kimberly Russell appeal the
partial summary judgment declaring that
the same policy does not afford coverage
for their bodily injury and loss of consor-
tium claims arising from the same acci-
dent. We have reviewed the briefs of the
parties and the record on appeal and find
no error of law. An extended opinion
would be of no precedential value. We
have, however, provided a memorandum
opinion for the use of the parties only
setting forth the reasons for our decision.
The judgment is affirmed pursuant to Rule
84.16(b).